IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *AMY HERNANDEZ, as Administrator of the Estate of ALEX ALVAREZ, deceased,*<br><br>Plaintiff,<br><br>v.<br><br>*VIPIN SHAH, MD, DEENA SEED, AMY FREY, AMY THURMAN, PAMELA WARD and WEXFORD HEALTH SOURCES, INC.,*<br><br>Defendants. | Case No. 3:22-cv-00566-NJR |

## **NOTICE OF APPEARANCE**

COME NOW, Rodney M. Sharp, and Sandberg Phoenix & von Gontard P.C., and enter their appearance on behalf of Defendants, Deena Seed, Pamela Ward, Amy Frey and Amy Thurman.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Rodney M. Sharp*
Rodney M. Sharp, #6191776IL
Alejandro S. Valdez, #68528MO
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
rsharp@sandbergphoenix.com
alvaldez@sandbergphoenix.com

*Attorneys for Defendants Wexford Health Sources, Inc., Vipin Shah, M.D., Deena Seed, Pamela Ward, Amy Frey and Amy Thurman*

20411730.v1

# Certificate of Service

I hereby certify that on the 25th day of October, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Nicholas V. Loizzi
Loizzi Law Offices
nloizzi@Loizzilaw.com
*Attorneys for Plaintiff*

Marko Duric
Robertson Duric
marko@robertsonduric.com
*Attorney for Plaintiff*

                                           */s/ Rodney M. Sharp*